695 A.2d 412

**Darlene VARGO, an Individual and as Administratrix of the Estate of Andrew A. Vargo, Deceased, Petitioner,**

**v.**

**KOPPERS COMPANY, INC., Engineering & Construction Division, a.k.a. Koppers Industries, Inc., Respondent.**

Supreme Court of Pennsylvania.

July 10, 1997.

William R. Caroselli, for Petitioner.

## ORDER

PER CURIAM.

AND NOW, this 10th day of July, 1997, we GRANT the Petition for Allowance of Appeal limited to the issues of whether 42 Pa.C.S. § 5536 is a statute of repose and, if so, whether it applies in this case.